UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:

| | |
|---|---|
| **BOBBY JOE DUNCAN** <br> **GWENDOLYN M. DUNCAN** | **CASE NO. 04-82060** |
| **DEBTORS** | **CHAPTER 12** |

### APPLICATION TO EMPLOY ATTORNEY

The application of **BOBBY JOE DUNCAN AND GWENDOLYN M. DUNCAN**, respectfully represents:

1.

The debtors have filed under Chapter 12 to Title 11, United States Code.

2.

The debtor, as debtor-in-possession, wishes to employ Bradley L. Drell and law firm of Gold, Weems, Bruser, Sues & Rundell, as attorneys under a general retainer to give the debtor legal advice with respect to debtor's powers and duties as debtor-in-possession in the continued operation of the debtor's business and management of the debtor's property and to perform all legal services for the debtor-in-possession which may be necessary herein.

3.

Your applicant has selected Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell for the reasons that they have gained experience as to the debtor's business and property by

filing the petition herein, and the debtor believes that Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell are well qualified to represent debtor, as debtor-in-possession, in this proceeding. Furthermore, it is necessary for the debtor as debtor-in-possession to employ attorneys for such professional service.

4.

To the best of the debtor's knowledge, said Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell have no connection with the debtor, the creditors or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee other than previously representing the debtor in filing the initial pleadings and in manners preliminary hereto.

5.

No party in interest has requested the removal of the Debtors as Debtors in Possession, and thus no notice of this application need be given and no hearing hereon need be held.

**WHEREFORE,** your applicants pray that debtors be authorized to employ Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell or any of its members (attorneys) under a general retainer to represent the debtor as debtor-in-possession in this proceeding under Chapter 12 of the Bankruptcy Code, and that said debtor have such other and further relief as is just.

Alexandria, Louisiana, this date: October 20, 2004.

        Respectfully submitted:

        **GOLD, WEEMS, BRUSER, SUES & RUNDELL**

        By: **/s/Bradley L. Drell**
            Bradley L. Drell
            Bar Roll #24387
            P. O. Box 6118
            2001 MacArthur Dr.
            Alexandria, LA   71307
            (318) 445-6471

        ATTORNEYS FOR DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:

| | |
|---|---|
| **BOBBY JOE DUNCAN** | **CASE NO. 04-82060** |
| **GWENDOLYN M. DUNCAN** | |
| **DEBTORS** | **CHAPTER 12** |

### DECLARATION OF DISINTERESTEDNESS

Bradley L. Drell, an attorney at law, hereby declares under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that he is an attorney in the law firm of Gold, Weems, Bruser, Sues & Rundell, that to the best of my knowledge, Gold, Weems, Bruser, Sues & Rundell has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except as is otherwise disclosed in the foregoing application, to employ the firm as attorneys for the above captioned debtor, and represents no interest adverse to **BOBBY JOE DUNCAN AND GWENDOLYN M. DUNCAN**, with respect to any of the matters upon which Gold, Weems, Bruser, Sues & Rundell has been or is to be engaged by the debtor in the above captioned proceeding, and that Gold, Weems, Bruser, Sues & Rundell is "disinterested" within the meaning of 11 U.S.C. Sections 327, 1203 and 1107(b).

Alexandria, Louisiana, this date: October 20, 2004.

                     /s/Bradley L. Drell
                           **BRADLEY L. DRELL**

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:

BOBBY JOE DUNCAN                      CASE NO. 04-82060
GWENDOLYN M. DUNCAN

          DEBTORS                      CHAPTER 12

**CERTIFICATE OF SERVICE**

This is to certify that the Application to Employ Attorney was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101, and Mr. Thad Waters, Chapter 12 Trustee, P.O. Box 379, St. Joseph, LA 71366, by mail this 20th day of October, 2004, by placing same in the United States Mail, postage prepaid, and by facsimile.

                     Respectfully submitted:

                     **GOLD, WEEMS, BRUSER, SUES & RUNDELL**

                     By:**/s/Bradley L. Drell**
                           Bradley L. Drell
                           Bar Roll #24387
                           P. O. Box 6118
                           2001 MacArthur Dr.
                           Alexandria, LA 71307
                           (318) 445-6471

                     **ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**